UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES M. BOONE,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    No. 3:10-CV-144<br>)    (Phillips) |
| COMCAST/VERISON, et al.,<br>    Defendants. | )<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendants, Comcast of the South and Verizon Wireless. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff James M. Boone take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants Comcast of the South and Verizon Wireless, recover of the plaintiff James M. Boone their costs of action.

Dated at Knoxville, Tennessee, this _____ day of March 2011.

                                                                               s/ Patricia L. McNutt
                                                                                 Clerk of Court